Argued and submitted May 24, affirmed July 14, reconsideration denied
November 24, petition for review denied December 14, 1993 (318 Or 171)

In the Matter of the Compensation of
Elton R. Humphrey, Claimant.

## SAIF CORPORATION
and Christian Logging, Inc.,
*Petitioners,*

*v.*

Elton R. HUMPHREY,
*Respondent.*

(WCB 91-08256; CA A77851)

855 P2d 668

David L. Runner, Assistant Attorney General, Salem, argued the cause for petitioners. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Robert L. Ackerman, Springfield, argued the cause for respondent. With him on the brief were John C. DeWenter and Ackerman, DeWenter & Huntsberger, P.C., Springfield.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

## PER CURIAM

In this workers' compensation case, substantial evidence supports the Board's finding that claimant's compensable injury is the major contributing cause of his need for surgery. The claim is therefore compensable under ORS 656. 005(7)(a)(B). *U-Haul of Oregon v. Burtis*, 120 Or App 353, 852 P2d 897 (1993).

Affirmed.